IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.    Case No. 8:23-cr-00030-PX

Joy Saif Choudhury

\*\*\*\*\*\*

## ORDER TO RECORD AGREEMENT TO FORFEIT PROPERTY

IT IS ORDERED by the United States District Court for the District of Maryland, this **2nd** day of March, 2023, that the Defendant/Surety/Counsel is hereby DIRECTED to record the original of the attached Agreement to Forfeit Property to secure performance of a bail bond in the land records of Howard County, Maryland on or before **March 7, 2023**, and return the receipt for said recordation to the Clerk of the Court by no later than **March 9, 2023**.

_____
The Honorable Gina L. Simms
United States Magistrate Judge